UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEAN WEEVENS JANVIER,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT BROUILLETTE, et al.<br><br>    Defendant. | CIVIL ACTION<br>NO. 25-40009-MRG |

## ORDER

**GUZMAN, D.J.**

For the reasons set forth below, the Court DISMISSES this action without prejudice.

On January 13, 2025, plaintiff Jean Weevens Janvier, who is confined at the North Central Correctional Institution, filed a civil complaint without paying the $405 filing fee or filing a motion for leave to proceed without prepayment of the fee (often referred to as a motion for leave to proceed *in forma pauperis*). On January 16, 2025, the Court ordered Janvier to resolve the filing fee by paying it or filing a motion for leave to proceed without prepayment of the fee. The Court stated that failure to comply with the order within 21 days could result in dismissal of the action. The time period for complying with the January 13, 2025 order has lapsed without any response from Janvier.

Accordingly, this action is DISSMISSED without prejudice for failure to pay the filing fee.

**So Ordered.**

                                                              /s/ Margaret R. Guzman
                                                              MARGARET R. GUZMAN
                                                              UNITED STATES DISTRICT JUDGE

Dated: 3/13/2025